231

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* JOHN D. LIGHTING, Petitioner-Appellant.

(No. 58136; )

First District (2nd Division)—July 5, 1973.

PER CURIAM.
LEIGHTON, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Suzanne M. Kohut, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Patricia Bobb, Kenneth L. Gillis, and John B. Adams, Assistant State's Attorneys, of counsel,) for the People.